IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30980
Summary Calendar
_____

BENNY C. HAYES,

                                        Petitioner-Appellant,

versus

BURL CAIN, Warden,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-255
- - - - - - - - - -
June 16, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

        Benny C. Hayes appeals from the district court's order
denying his petition for a writ of habeas corpus pursuant to 28
U.S.C. § 2254.  He argues that his right to due process was
violated by judicial vindictiveness because the sentence imposed
after his jury trial was greater than that given under a prior
invalidated plea agreement.  We have reviewed the record and the
district court's opinion and find no reversible error.
Accordingly, we affirm for essentially the reasons given by the

_____

        [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

district court.  *Hayes v. Cain*, No. 97-0255-A (W.D. La. Aug. 8, 1997).